**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
EDWARD PADILLA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PADILLA ,<br><br>Defendant | Case No.: 1:17-CR-00048<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** (CONDITIONALLY) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDWARD PADILLA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, July 10, 2017 be continued to Monday, August 21, 2017.

I am requesting a continuance so that I can gather personal information to prepare and submit a sentencing memorandum on behalf of Mr. Padilla. I have prior obligations set on July 24, 2017 where I will be at Camp Roberts assisting Soldiers prepare their Wills and Trusts before they deployment to Afghanistan. The week after, I will be attending a meeting at the State Bar in Los Angeles.  I have spoken to AUSA Angela Scott, she has informed me that he has prior obligations set in early August.  Counsel has agreed to continue this matter to August 21, 2017.

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: 7/30/17                      */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            EDWARD PADILLA


DATED: 7/30/17                      */s/Angela Scott*
                                            ANGELA SCOTT
                                            Assistant U.S. Attorney

## ORDER

      **T**he sentencing hearing is continued to August 21, 2017 at 10:00 a.m. CONDITIONALLY. The condition is that Defense counsel is obligated TODAY to notify Union representatives of the continuance. There was a group from the victim Union here last time the matter was set, and it would be entirely unfair to have them appear for a no-go once again.

IT IS SO ORDERED.

    Dated:   **July 5, 2017**                    */s/ Lawrence J. O'Neill*
                                                 UNITED STATES CHIEF DISTRICT JUDGE