**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
EDWARD PADILLA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PADILLA,<br><br>Defendant | Case No.: 1:1-17-CR-0048 LJO-SKO<br><br>**ORDER NOT TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDWARD PADILLA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the surrender date of the defendant. Edward Padilla, herein, be extended from October 23, 2017 be extended to November 30, 2017 for the following reason(s):

Mr. Padilla is requesting additional time to get his personal affairs in order. Mr. Padilla has also retained the services of RDAP Law Consultants and is requesting additional time make final arrangements with the company.

Based in the foregoing, good cause is hereby found to extend the surrender date to the aforementioned date.

Respectfully Submitted,

DATED: 10/19/17  */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
EDWARD PADILLA

## ORDER

**T**he defendant's surrender date is NOT extended. No good cause has been shown. The Defendant was not remanded at the time of Sentencing, and was given ample time to conduct the necessary business.

IT IS SO ORDERED.

Dated: **October 20, 2017**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE